IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL ADAMS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TAMMY FERGUSON, SUPERINTENDENT THE DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : : : : | NO. 16-6150 |

## ORDER

**NOW**, this 11th day of April, 2019, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* By a Person in State Custody (Document No. 1), the respondents' Answer to Petition Seeking Federal *Habeas Corpus* Relief, and the Report and Recommendation filed by United States Magistrate Judge Henry S. Perkin (Document No. 13), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Perkin is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

/s/TIMOTHY J. SAVAGE